IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WENDY A. WESTWOOD, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of Social Security, | : | No. 14-3035 |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this 6th day of July, 2015, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Docket No. 8), Defendant's Response to Request for Review of Plaintiff (Docket No. 9), the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells (Docket No. 11), Defendant's Objection to the Report and Recommendation (Docket No. 12), and Plaintiff's Response in Opposition to the Objection (Docket No. 14), and for the reasons set forth in the accompanying Memorandum of even date, **the Court hereby ORDERS**:

1. Defendant's Objections are **SUSTAINED IN PART and OVERRULED IN PART**;

2. The Report and Recommendation (Docket No. 11) is **ADOPTED IN PART and REJECTED IN PART**;

3. Plaintiff's Request for Review (Docket No. 8) is **GRANTED IN PART and DENIED IN PART**, and the matter is **REMANDED** to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the accompanying Memorandum of even date;

1

4. **JUDGMENT IS ENTERED** in favor of Plaintiff, **REVERSING** the decision of the Commissioner of Social Security for the purpose of this remand only; and

5. **The Clerk of Court shall mark this case CLOSED** for all purposes, including statistics.

BY THE COURT:


S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE